## Index of Exhibits

Exhibit 1    Corrective Action, dated May 24, 2013

Exhibit 2    Incident Report, dated October 21, 2013

Exhibit 3    Corrective Action, dated November 15, 2013

Exhibit 4    Counseling Communication, dated August 21, 2015

Exhibit 5    Corrective Action, dated October 19, 2015

Exhibit 6    Corrective Action, dated November 24, 2015

Exhibit 7    E-Mail Communication from Plaintiff, dated November 29, 2015

Exhibit 8    Performance Incident: Incorrect Labeling, dated December 15, 2015

Exhibit 9    Performance Incident: Failure to follow request, dated April 12, 2015

Exhibit 10   Performance Incident: Left tourniquet on patient, dated April 18, 2016

Exhibit 11   Corrective Action, May 18, 2016

Exhibit 12   Corrective Action and 3-day Suspension, June 16, 2016

Exhibit 13   Performance Incident: did not complete all draws/left early without notice, August 11, 2016

Exhibit 14   Counseling: did not timely draw blood/hung up on nurse, November 27, 2016

Exhibit 15   Counseling: failed to answer phone for 30 minutes, December 7, 2016

Exhibit 16   Counseling: in cafeteria one hour after start time and draws not completed, January 17, 2017

Exhibit 17   Performance Incident, January 19, 2017

Exhibit 18   Equal Employment Opportunity Policy

Exhibit 19   Disruptive Behavior and/or Harassment Policy

Exhibit 20   Problem Resolution Procedure

Exhibit 21    Photograph Anonymously Posted by Plaintiff

Exhibit 22    E-Mail Notification of Posting

Exhibit 23    Summary of Investigation

Exhibit 24    Deposition Transcript: Joseph Wesolek

Exhibit 25    Deposition Transcript: Plaintiff Gabrielle Williams, Volume 1 and 2

Exhibit 26    Deposition Transcript: Alicia Ososkie

Exhibit 27    Deposition Transcript: Darrin Johnson

Exhibit 28    Action Plan

Exhibit 29    Promoting Positive Teamwork Training

Exhibit 30    Human Resources Department Visits

Exhibit 31    Preventing Unlawful Harassment Training

Exhibit 32    Chronology

Exhibit 33    Janice Davis Discipline

Exhibit 34    Shannon Wojcik Notes

Exhibit 35    Message to Eboni Johnson

Exhibit 36    Corrective Action, Notice of Suspension

Exhibit 37    Chronology of Shannon Wojcik

Exhibit 38    Plaintiff's Facebook Post

Exhibit 39    Darrin Johnson's response post

Exhibit 40    Corrective Action

Exhibit 41    EEOC Charge of Discrimination, February 13, 2017

Exhibit 42    EEOC Charge of Discrimination, March 8 2017

Exhibit 43    List of Similarly Situated Disciplines

Exhibit 44   Prior Disciplines of Similarly Situated Offenses

Exhibit 45   Bailey Deposition

Exhibit 46   Prior Employment Records

Exhibit 47   Employment Application