# EXHIBIT 26

Alicia Ososkie
3/23/2018

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GABRIELLE WILLIAMS,

        Plaintiff,

vs.             Case No. 2:17-cv-11381-SJM-EAS

               Hon. Stephen J. Murphy III

               Magistrate Judge Elizabeth A. Stafford

OAKWOOD HEALTH CARE, INC.,

d/b/a BEAUMONT HOSPITAL DEARBORN,

a Michigan non-profit corporation,

        Defendant.

_____

Page 1 to 51


    The Deposition of ALICIA OSOSKIE,

    Taken at 15500 Lundy Parkway,

    Dearborn, Michigan,

    Commencing at 12:03 p.m.,

    Friday, March 23, 2018,

    Before Kimberly H. Kaplan, CSR-5096, RPR.

Alicia Ososkie
3/23/2018

Page 16

1   Q.   When you read that, how did you feel?
2   A.   Upset again.
3   Q.   Why?
4   A.   Because in this one she was attacking me.
5   Q.   She was wishing that you got some kind of sexually
6        transmitted disease or --
7   A.   Or pregnant.
8   Q.   Did she also use racially derogatory language?
9   A.   Yes.
10  Q.   Do you ever use that language?
11  A.   No.
12  Q.   Well, let me ask you about the doll.
13            You know what doll I'm talking about, don't
14       you?
15  A.   Yes.
16  Q.   You've seen it?
17  A.   Yeah.
18  Q.   Did you see the doll or just a picture?
19  A.   I just seen the picture.
20  Q.   You never saw the doll?
21  A.   I saw the doll, but I did not see the doll in that
22       picture.
23  Q.   I don't follow you there.  Tell me what you mean.
24  A.   This particular doll I made, but I only colored it
25       with a black marker and wrote Darrin's name on it.  I

Alicia Ososkie
3/23/2018

Page 17

```
 1       didn't add any other features to it.
 2  Q.   What does that mean?  What features did you not add?
 3  A.   I did not add the white eyes, the coloration to the
 4       lips, or anything on the shoes.
 5  Q.   When did you make this doll?  When --
 6            First of all, before I put it there, let me
 7       tell you to look at No. 2.  Do you see that?
 8  A.   Yes.
 9  Q.   Is that how the doll looked before you colored it?
10  A.   I believe so.
11  Q.   Why did you do anything to the doll?
12  A.   I saw them on another floor where other people had
13       decorated them and I thought it would be funny to
14       decorate one for him and give it to him because we
15       were still friends.
16  Q.   When did you do that?
17  A.   I believe it was like October of 2016.
18  Q.   People said they saw that doll in September 2016.
19  A.   It could have been September.  I don't remember
20       really.  It was in the fall.
21  Q.   All right.  So --
22            MS. DAVIES:  Objection, facts not in
23       evidence.
24  BY MR. KAREGA:
25  Q.   So you saw the little doll on a different floor from
```

```
 1            the lab, correct?
 2   A.       I didn't see the particular -- this doll, but I had
 3            seen other dolls that were decorated.
 4   Q.       Decorated how?  Can you describe it in words?
 5   A.       Other ones that were colored black, some of them had
 6            long hair added to them, for like females, some of
 7            them had hijabs or the scarves worn by the Arabic
 8            women and they were just sitting like up at one of the
 9            nurses' stations.
10   Q.       What floor was that on?
11   A.       I don't recall.
12   Q.       How long before you did this doll did you see those
13            others?
14   A.       I saw them and then did the doll within a couple days.
15            It might not have been the same day.
16   Q.       Where did you get the doll that you colored in?
17   A.       They were available on all of the floors in the
18            cleaning supply room with all the stock.
19   Q.       Cleaning supply room?
20   A.       Uh-huh.
21   Q.       So these were -- you have to say yes or no.
22   A.       They were what?
23   Q.       Cleaning supply room?  You have to say yes or no.
24   A.       Yes.  Supply room.
25   Q.       So you just went in the cleaning supply room, just got
```

Alicia Ososkie
3/23/2018

Page 33

1   A.  Because that's where Darrin was sitting that day.
2   Q.  He didn't sit there every day, though, does he?
3   A.  When he's at work, yes.  That's -- he's a lead, so
4       that's where he sits when he's at work.
5   Q.  But don't other leads also sit at that desk?
6   A.  Yes.  There's usually -- there was only one lead at a
7       time usually, though.
8   Q.  Per shift?
9   A.  Correct.
10  Q.  But other leads would sit at that desk when Darrin
11      wasn't there, right?
12  A.  Yes.
13  Q.  So you knew that it wasn't Darrin's desk exclusively,
14      correct?
15  A.  Correct.
16  Q.  When you put that doll there, did you realize that
17      other leads may see it?
18  A.  Yes.
19  Q.  Did you realize that other employees may see it?
20  A.  Yes.
21  Q.  After the doll was completed by you, did anyone speak
22      to you about it?
23  A.  No.
24  Q.  Did you tell anybody that you had made it?
25  A.  No.

Alicia Ososkie
3/23/2018

Page 34

```
 1   Q.   Did you tell Darrin you had made it?
 2   A.   No.
 3   Q.   Why not?  Didn't you want him to appreciate it, what
 4        you had done, your artistic work?
 5   A.   I assumed he knew that it was me.
 6   Q.   Why?  How would he know that it was you?
 7   A.   Because we were jokesters.  We always would joke
 8        around with each other.
 9   Q.   I don't understand that.  What does that mean?
10   A.   We had a fun, non-intimate relationship at work.  We
11        would joke around, have fun.
12   Q.   Give me an example of a joke he played on you.
13   A.   There would be things -- like he would rearrange
14        things on my cart or take all like my needles off of
15        my cart.
16   Q.   Did he ever take a black doll and paint it white and
17        put your name on it?
18   A.   No.
19   Q.   Okay.  Are you familiar with the concept of a
20        Little Black Sambo?
21   A.   I wasn't until this came up, this case came up.
22   Q.   What does that mean?
23             You never heard of Little Black Sambo
24        before this case?
25   A.   No.
```

