# EXHIBIT 44

# Oakwood

## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ~~028750~~

| Last Name ~~Henley~~ | First Name ~~Elton~~ | Initial |
|---|---|---|

Job Title  EKG Tech II

Department  Cardiology

| Location  Dbn-01 | Check One | ☐ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date 12/6/2010 | | ☐ Part-Time<br>☑ Temporary (contingent) | ☑ Yes   ☐ No |

### INCIDENT INFORMATION

| Date Reported  2/01/16 | Incident Type | 118 | See back of this form for Incident Type Codes. |
|---|---|---|---|

Supervisor Name  Marcie Rowan

### ACTION TAKEN

| Action Step | ☐ Counseling<br>☐ Written Warning #1<br>☐ Written Warning #2 | ☑ 3 Day or 5 Day Suspension - (List Dates):<br>2/2/16    2/3/16    2/4/16<br>☐ Termination - (Note Termination Date): _____<br>(Termination must have approval of ER/LR Leader.) | return to work<br>2/5/16 @ 0700 am |
|---|---|---|---|

| Action Date  2/2/16 | Action Discussed With  (Supervisor) |
|---|---|

| Description of Incident | | Date of Incident |
|---|---|---|
| Inappropriate remarks made on a patient's voicemail by employee. | | |

| Supervisor/Manager Signature | Date |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature    *Shawn Wojcik* | Date  2-4-16 |

### EMPLOYEE COMMENTS

| Signature of Employee<br>Employee signature does not indicate agreement, merely receipt of this report. | Date |
|---|---|

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable)   *Rashaun Weaks* | Date  2/4/16 |

*employee contacted via telephone to inform of results of suspension pending investigation issued on 2/2/16*

OAKWOOD000933
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ▓▓▓▓▓

| Last Name ▓▓▓▓ | First Name ▓▓▓▓ | Initial |
|---|---|---|

Job Title: RN

Department: Emergency

| Location: OH-D | Check One | ☑ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date: 5-19-10 | | ☐ Part-Time<br>☐ Temporary (contingent) | ☐ Yes ☑ No |

### INCIDENT INFORMATION

| Date Reported: 3-17-15 | Incident Type: 118 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name: *Donna Seeley / Amanda Kerr*

### ACTION TAKEN

| Action Step | ☐ Counseling<br>☐ Written Warning #1<br>☐ Written Warning #2 | ☐ 3 Day or 5 Day Suspension - (List Dates): ____<br>____<br>☑ Termination - (Note Termination Date): 3-26-15<br>(Termination must have approval of ER/LR Leader.) |
|---|---|---|

| Action Date: 3-26-15 | Action Discussed With (Supervisor): Amanda Kerr |
|---|---|

| Description of Incident | Date of Incident: 3-17-15 |
|---|---|

On 3-17-15, you threatened to go to your car, get your gun and shoot an identified patient. You reinforced that you had a CPL, did own a gun, and had the gun in your car in the hospital parking lot. When security arrived, you were aggressive & threatening to the security officer. You made these comments and displayed this behavior in the Pod where other patients, family, staff could observe you. *You admitted to making this statement.*

| Supervisor/Manager Signature | Date |
|---|---|
| Director Signature: *Amanda Kerr* | Date: 2/26/15 |
| ER/LR Director Signature: *Sharon M. Hudson* | Date: 3-26-15 |

### EMPLOYEE COMMENTS

*Reviewed w/ employee via telephone. Copy mailed to home*

Signature of Employee _____ Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date |

*PROBLEM RESOLUTION POLICY ATTACHED*

OAKWOOD000934
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ████████

| Last Name ████████ | First Name ████████ | Initial |
|---|---|---|

Job Title  Nurse Assistant

Department  Progressive Care - Neuro

| Location  7 North | Check One | Bargaining Position |
|---|---|---|
| Hire Date 4/4/2011 | ✓ Full-Time<br>☐ Part-Time<br>☐ Temporary (contingent) | ✓ Yes  ☐ No |

### INCIDENT INFORMATION

| Date Reported  4/1/2014 | Incident Type  018  118 | See back of this form for Incident Type Codes |
|---|---|---|

Supervisor Name  Donna Robinson-McManus

### ACTION TAKEN

| Action Step | ☐ Counseling<br>☐ Written Warning #1<br>☐ Written Warning #2 | ☐ 3 Day or 5 Day Suspension - (List Dates): _____<br><br>✓ Termination - (Note Termination Date): 4/7/2014<br>(Termination must have approval of ER/LR Leader.) |
|---|---|---|

| Action Date  4/1/2014 | Action Discussed With (Supervisor) 4/1/2014 |
|---|---|

| Description of Incident | Date of Incident  4/1/2014 |
|---|---|

The individual violated a major work rule 118 (behavior which creates a hostile work environment) when the individual displayed unacceptable behavior when he physically touched another employee.

| Supervisor/Manager Signature  _[signature]_ | Date  4-7-14 |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature  _[signature]_ | Date  4/7/14 |

### EMPLOYEE COMMENTS

Employee received copy of CA.

| Signature of Employee _____ | Date _____ |
|---|---|
| Employee signature does not indicate agreement, merely receipt of this report. | |

| Witness Signature  _[signature]_ | Date |
|---|---|
| Steward Signature (if applicable)  _[signature]_ | Date  4/7/14 |

OAKWOOD000935<br>CONFIDENTIAL

# Oakwood

## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID

| Last Name | First Name | Initial |
|---|---|---|

Job Title: Transporter

Department: Patient Transport #813300

| Location DBN-01 | Check One | | Bargaining Position |
|---|---|---|---|
| Hire Date 5/19/2014 | ☐ Full-Time | | ☑ Yes   ☐ No |
| | ☑ Part-Time | | |
| | ☐ Temporary (contingent) | | |

### INCIDENT INFORMATION

| Date Reported 11/13/2015 | Incident Type   118 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name

### ACTION TAKEN

| Action Step | | | |
|---|---|---|---|
| ☐ Counseling | Balance of Shift - 1:30pm left. | ☑ 3 Day or 5 Day Suspension - (List Dates): 11/24/15   11/25/15   11/27/15 | RTN to work 11/28/15 |
| ☐ Written Warning #1 | | | |
| ☐ Written Warning #2 | | ☐ Termination - (Note Termination Date): _____ (Termination must have approval of ER/LR Leader.) | |

| Action Date | Action Discussed With (Supervisor) |
|---|---|

| Description of Incident | | Date of Incident |
|---|---|---|

Behavior which creates a hostile work environment such as threatened or physical violence, harassment, or verbal abuse of a patient, visitor or an employee.   Employee verbally used abusive\language towards leadership.

| Supervisor/Manager Signature | Date |
|---|---|
| Director Signature   J. Silverstood | Date 11/24/13 |
| ER/LR Director Signature   Kellee Felten | Date 11/24/2015 |

### EMPLOYEE COMMENT

| Signature of Employee | Date 11-24-15 |
|---|---|

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date 11-24-15 |

OAKWOOD000936
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ▓▓▓▓▓

| Last Name ▓▓▓▓▓▓ | First Name ▓▓▓▓▓ | Initial |
|---|---|---|

Job Title   Anesthesia Technician

Department   Anesthesia

| Location   DBN01 | Check One | ☑ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date | | ☐ Part-Time | ☐ Yes    ☑ No |
| | | ☐ Temporary (contingent) | |

### INCIDENT INFORMATION

| Date Reported   ongoing | Incident Type   118 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name

### ACTION TAKEN

| Action Step | ☐ Counseling | ☑ 3 Day or 5 Day Suspension - (List Dates): |
|---|---|---|
| | ☐ Written Warning #1 | 4/4/14    4/7/14    4/8/14    4/9/14    4/10/14 |
| | ☐ Written Warning #2 | ☐ Termination - (Note Termination Date): _____ (Termination must have approval of ER/LR Leader.) |

| Action Date   4/3/14 | Action Discussed With (Supervisor)   Louise Martin / Matt Jakovac |
|---|---|

| Description of Incident   Behavior which creates a hostile work environment | Date of Incident   ongoing |
|---|---|

▓▓▓▓▓ has contributed to creating a hostile work environment via her demeanor, body language, interactions with others and commentary, as reported by numerous individuals.

| Supervisor/Manager Signature   _Lousie M. Martin_ | Date   4/3/14 |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature | Date   4-3-14 |

### EMPLOYEE COMMENTS

| Signature of Employee   REFUSED TO SIGN | Date |
|---|---|

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date |

OAKWOOD000937
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ▓▓▓▓▓▓

| Last Name ▓▓▓▓▓ | First Name ▓▓▓▓▓ | Initial |
|---|---|---|

Job Title  Anesthesia Technician

Department  Anesthesia

| Location  DBN01 | Check One | ☑ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date | | ☐ Part-Time | ☐ Yes  ☑ No |
| | | ☐ Temporary (contingent) | |

### INCIDENT INFORMATION

| Date Reported  ongoing | Incident Type  118 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name

### ACTION TAKEN

| Action Step | ☐ Counseling | ☑ 3 Day or 5 Day Suspension - (List Dates): |
|---|---|---|
| | ☐ Written Warning #1 | 4/4/14   4/7/14   4/8/14   4/9/14   4/10/14 |
| | ☐ Written Warning #2 | ☐ Termination - (Note Termination Date): _____ (Termination must have approval of ER/LR Leader.) |

| Action Date  4/3/14 | Action Discussed With (Supervisor)  Louise Martin / Matt Jakovac |
|---|---|

| Description of Incident  Behavior which creates a hostile work environment | Date of Incident  ongoing |
|---|---|

▓▓▓▓▓ has contributed to creating a hostile work environment via her demeanor, body language, interactions with others and commentary, as reported by numerous individuals.

*I feel I have been harassed for situations that are not true.*

| Supervisor/Manager Signature  *Louise Martin* | Date  4/3/2014 |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature | Date  4/3/14 |

### EMPLOYEE COMMENTS

*Employee refused to sign. Copy provided / Saw*

| Signature of Employee | Date |
|---|---|

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date |

*Credo Behaviors provided.*
*EAP recommended.*

OAKWOOD000938
CONFIDENTIAL

# Oakwood

HUMAN RESOURCES

## CORRECTIVE ACTION FORM

JAN 0 5 2016

RECEIVED

### EMPLOYEE INFORMATION

| | | |
|---|---|---|
| Employee ID | ~~734137~~ | |
| Last Name ~~Graham~~ | First Name ~~Teresa~~ | Initial M |
| Job Title | X-ray Tech | |
| Department | Radiology | |
| Location | General X-ray | Check One: [X] Full-Time  [ ] Part-Time  [ ] Temporary (contingent) |
| Hire Date | 9/23/02 | Bargaining Position [ ] Yes  [ ] No |

### INCIDENT INFORMATION

| | |
|---|---|
| Date Reported | 12/16/15 |
| Incident Type | 102 — See back of this form for Incident Type Codes. |
| Supervisor Name | Lindsay Vella |

### ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2
[X] 3 Day or 5 Day Suspension - (List Dates): 1-1   1-4   1-5   1-6   1-7
[ ] Termination - (Note Termination Date): _____ (Termination must have approval of ER/LR Leader.)

| | |
|---|---|
| Action Date | 12/30/15 |
| Action Discussed With (Supervisor) | Lindsay Vella |

Description of Incident: 102 Profane or abusive language   Date of Incident 12/14/15

~~Teresa~~ had a verbal outburst and used profanity per 3 witnesses. She was confrontational about being having to relieve a co-worker.

| | | |
|---|---|---|
| Supervisor/Manager Signature | Lindsay T. Vella | Date 12/30/15 |
| Director Signature | Ana Ban | Date 1-5-16 |
| ER/LR Director Signature | Jim Worcik | Date 1-5-16 |

### EMPLOYEE COMMENTS

| | |
|---|---|
| Signature of Employee | ~~Teresa M. Graham~~   Date 12-30-15 |

Employee signature does not indicate agreement, merely receipt of this report.

| | |
|---|---|
| Witness Signature | Date |
| Steward Signature (if applicable) | Date |

OAKWOOD000939
CONFIDENTIAL



# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ~~████████~~

| Last Name ~~████████~~ | First Name ~~████████~~ | HUMAN ~~RESOURCES~~ Initial |
|---|---|---|

Job Title **X-ray Tech**   OCT 19 2015

Department **Radiology**

| Location **General Radiology** | Check One | ☑ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date **8/17/09** | | ☐ Part-Time<br>☐ Temporary (contingent) | ☐ Yes   ☐ No |

### INCIDENT INFORMATION

| Date Reported **10/13/15** | Incident Type **118 & 102** | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name **Lindsay Vella**

### ACTION TAKEN

| Action Step | ☐ Counseling | ☑ 3 Day or 5 Day Suspension - (List Dates): ~~unpaid~~ unpaid |
|---|---|---|
| | ☐ Written Warning #1 | **10-20   10-21   10-23** |
| | ☐ Written Warning #2 | ☐ Termination - (Note Termination Date):<br>(Termination must have approval of ER/LR Leader.) |

| Action Date **10/16/15** | Action Discussed With (Supervisor) **10/16/15  Lindsay Vella** |
|---|---|

Description of Incident **Hostile Work Environment**   Date of Incident **10/12/15**

~~████~~ shouted profanities because she was upset about another ~~████~~ employees' schedule change

| Supervisor/Manager Signature **Lindsay J. Vella** | Date **10/15/15** |
|---|---|
| Director Signature ~~████~~ | Date |
| ER/LR Director Signature ~~████████~~ HR ~~████~~ | Date **10/16/15** |

### EMPLOYEE COMMENTS

Signature of Employee _____   Date _____
Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date |

OAKWOOD000940
CONFIDENTIAL

# Oakwood

## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ████████

| Last Name ██████ | First Name ██████ | Initial |
| --- | --- | --- |

Job Title Laboratory Support Technician

Department Specimen Processing

Location OHMC-D

Hire Date 04/16/2012

Check One: [ ] Full-Time  [✓] Part-Time  [ ] Temporary (contingent)

Bargaining Position: [ ] Yes  [✓] No

### INCIDENT INFORMATION

| Date Reported 01/07/2014 | Incident Type | 118 | See back of this form for Incident Type Codes |
| --- | --- | --- | --- |

Supervisor Name Chan Kakar

### ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2
[ ] 3 Day or 5 Day Suspension - (List Dates): ____
[✓] Termination - (Note Termination Date): 01/10/2014
(Termination must have approval of ER/LR Leader.)

Action Date 01/08/2014

Action Discussed With (Supervisor)

| Description of Incident Behavior which creates a hostile environment | Date of Incident 01/07/2014 |
| --- | --- |

Altercation between ██████ and another employee and not following Oakwood policies and Credo. Employee is terminated effective immediately.

| Supervisor/Manager Signature | Date 1-10-2014 |
| --- | --- |
| Director Signature | Date 1-10-2014 |
| ER/LR Director Signature | Date 1/13/12 |

### EMPLOYEE COMMENTS

Signature of Employee _____  Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
| --- | --- |
| Steward Signature (if applicable) | Date |

OAKWOOD000941
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID _____

| Last Name | First Name | Initial |
|---|---|---|
| ~~Bailey~~ | ~~Kathryn~~ | |

Job Title: Laboratory Support Tech II

Department: 833350

| Location: Patient Service Centers | Check One | | Bargaining Position | |
|---|---|---|---|---|
| | ✓ Full-Time | | ☐ Yes | ✓ No |
| Hire Date 09/06/2011 | ☐ Part-Time | | | |
| | ☐ Temporary (contingent) | | | |

### INCIDENT INFORMATION

| Date Reported | 3/20/15 | Incident Type | 102/118 | See back of this form for Incident Type Codes. |
|---|---|---|---|---|

Supervisor Name: Teri Bishop

### ACTION TAKEN

| Action Step | | |
|---|---|---|
| ☐ Counseling | ✓ 3 Day or 5 Day Suspension - (List Dates): | |
| ☐ Written Warning #1 | 4/13/15   4/14/15   4/15/15   4/16/15   4/17/15 | |
| ☐ Written Warning #2 | ☐ Termination - (Note Termination Date): _____ | |
| | (Termination must have approval of ER/LR Leader.) | |

| Action Date | 4/10/15 | Action Discussed With (Supervisor) | Teri Bishop |
|---|---|---|---|

| Description of Incident | hostile work environment | Date of Incident | 3/20/15 |
|---|---|---|---|

~~Kathryn~~ has failed to follow CREDO behaviors by treating co-workers with respect and by creating a hostile work environment. Co-workers complained that ~~Kathryn~~ made profane and abusive comments about other Oakwood co-workers on social media (including racial slurs) while having an Oakwood affiliation on her profile.

| Supervisor/Manager Signature | _Teri A. Bishop_ | Date | 4-10-15 |
|---|---|---|---|
| Director Signature | | Date | |
| ER/LR Director Signature | _Shawn Jason_ | Date | 4-10-15 |

### EMPLOYEE COMMENTS

| Signature of Employee | ~~xxxxx~~ | Date | 4-10-15 |
|---|---|---|---|
| Employee signature does not indicate agreement, merely receipt of this report. | | | |

| Witness Signature | | Date | |
|---|---|---|---|
| Steward Signature (if applicable) | | Date | |

OAKWOOD000942
CONFIDENTIAL

# Oakwood
# CORRECTIVE ACTION FORM

## EMPLOYEE INFORMATION

Employee ID ▓▓▓▓▓

HUMAN RESOURCES

| Last Name ▓▓▓▓ | First Name ▓▓▓▓ |
|---|---|

Job Title  Phlebotomist

NOV 19 2015

Department  Phlebotomy

RECEIVED

Location  Beaumont Dearborn

Hire Date 11/7/2011

Check One: [✓] Full-Time  [ ] Part-Time  [ ] Temporary (contingent)

Bargaining Position: [✓] Yes  [ ] No

## INCIDENT INFORMATION

| Date Reported 11/17/2015 | Incident Type  118 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name  Janice Davis

## ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2

[✓] 3 Day or 5 Day Suspension - (List Dates):
11/17/2015   11/18/2015   11/20/2015   11/21/2015   11/22/2015

[ ] Termination - (Note Termination Date): _____
(Termination must have approval of ER/LR Leader.)

Action Date 11/17/2015

Action Discussed With (Supervisor)  Janice Davis

Description of Incident  Hostile and threatening work environment

Date of Incident 11/16/2015

▓▓▓▓ verbally abused the Lead working on 11/16/2015.

| Supervisor/Manager Signature  *Janice Davis* | Date 11/19/15 |
|---|---|
| Director Signature  *Kristen Murphy* | Date 1/19/2015 |
| ER/LR Director Signature  *Kelley Tilden* | Date 11/20/2015 |

## EMPLOYEE COMMENT

Signature of Employee _____   Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable)  *Lashawn Weeks* | Date 11/19/15 |

OAKWOOD000943
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID 028336

| Last Name | Harrigan | First Name | | Initial |

Job Title  Registered Respiratory Therapist

Department  Respiratory Care

Location  DBN01

Hire Date  12/13/99

Check One: ☑ Full-Time  ☐ Part-Time  ☐ Temporary (contingent)

Bargaining Position: ☐ Yes  ☑ No

### INCIDENT INFORMATION

Date Reported  08/15/14

Incident Type  118   See back of this form for Incident Type Codes.

Supervisor Name  Holly McShane

### ACTION TAKEN

Action Step:
☐ Counseling
☐ Written Warning #1
☐ Written Warning #2
☐ 3 Day or 5 Day Suspension - (List Dates): _____
☑ Termination - (Note Termination Date): _____
(Termination must have approval of ER/LR Leader.)

Action Date  08/20/14

Action Discussed With (Supervisor)  Elisa Benscoter, RRT

Description of Incident:

Date of Incident  08/15/14

Received complaint from nursing staff and patient regarding [redacted] rude, hostile and sarcastic demeanor. When confronted by departmental leadership, he refused to take ownership or submit in writing his side of the incident.

| Supervisor/Manager Signature | *Elisa Benscoter* | Date | 8-19-14 |
| Director Signature | | Date | 8/19/2014 |
| ER/LR Director Signature | *David Squire* | Date | 8/19/2014 |

### EMPLOYEE COMMENTS

refused to sign.  —Squire 8/20/14

Signature of Employee _____  Date _____
Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | | Date | |
| Steward Signature (if applicable) | | Date | |

# Oakwood

## CORRECTIVE ACTION FORM

**EMPLOYEE INFORMATION**

Employee ID ▓▓▓▓▓▓

| Last Name ▓Sorensen▓ | First Name ▓Kathryn▓ | Initial |
|---|---|---|

Job Title  Registered Respiratory Therapist

Department  Respiratory Care

| Location  DBN01 | Check One | ☑ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date 05/27/09 | | ☐ Part-Time | ☐ Yes   ☑ No |
| | | ☐ Temporary (contingent) | |

**INCIDENT INFORMATION**

| Date Reported  08/13/14 | Incident Type | 118 | See back of this form for Incident Type Codes. |
|---|---|---|---|

Supervisor Name  Holly McShane

**ACTION TAKEN**

| Action Step | ☐ Counseling | ☑ 3 Day or 5 Day Suspension - (List Dates): |
|---|---|---|
| | ☐ Written Warning #1 | 08/26/14    08/29/14    09/02/14 |
| | ☐ Written Warning #2 | ☐ Termination - (Note Termination Date): _____ |
| | | (Termination must have approval of ER/LR Leader ) |

| Action Date  08/27/14 | Action Discussed With  (Supervisor)  Cathy-Jo Ponzi / Elisa Benscoter | | |
|---|---|---|---|
| Description of Incident | | Date of Incident  08/13/14 | |

On 08/13/14, it was validated ▓▓▓▓ exhibited NON-CREDO behavior during a rapid response call / Code Blue. In compliance with the OHS progressive corrective action process, this constitutes a three (3) day suspension.

| Supervisor/Manager Signature  *Elisa Benscoter* | Date  8-26°14 |
|---|---|
| Director Signature  *Cathy...* | Date  8/25/14 |
| ER/LR Director Signature | Date  8/26/14 |

**EMPLOYEE SIGNATURE**

| Signature of Employee  ▓▓▓▓▓▓ | Date  08/26/14 |
|---|---|
| Employee signature does not indicate agreement, merely receipt of this report. | |

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date |

*Employee declined a copy of corrective action. (W) 8/26/14*

OAKWOOD000945
CONFIDENTIAL

# Oakwood

## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID   014131

| Last Name Brown | First Name Donna | Initial |
|---|---|---|

Job Title   Office Manager

Department   838835 - Oakwood Sleep Center Canton

| Location   site 96 | Check One | ☑ Full-Time | Bargaining Position |
|---|---|---|---|
| Hire Date 06/09/1981 | | ☐ Part Time <br> ☐ Temporary (contingent) | ☐ Yes   ☑ No |

### INCIDENT INFORMATION

| Date Reported   3/28/14 | Incident Type   118 | See back of this form for Incident Type Codes |
|---|---|---|

Supervisor Name   Caryn Prather

### ACTION TAKEN

| Action Step | ☐ Counseling <br> ☐ Written Warning #1 <br> ☐ Written Warning #2 | ☑ 3 Day or 5 Day Suspension - (List Dates): <br> 4/7/14   4/8/14   4/9/14   4/10/14   4/11/14 <br> ☐ Termination (Note Termination Date) <br> (Termination must have approval of ER/LR Leader ) |
|---|---|---|

| Action Date   4/4/14 | Action Discussed With (Supervisor)   Caryn Prather, Sherry Huffman |
|---|---|

| Description of Incident   Behavior which creates a hostile work environment | Date of Incident   3/27/14 |
|---|---|

On 3/27/14 Donna was observed by staff and a visitor to be hostile and unprofessional on the telephone. This behavior violates CREDO and is not in line with Oakwood's Mission, Vision or Goals.

| Supervisor/Manager Signature | Date   1/4/14 |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature | Date   4-4-14 |

### EMPLOYEE COMMENT

| Signature of Employee | Date   4-4-14 |
|---|---|
| Employee signature does not indicate agreement, merely receipt of this report | |
| Witness Signature | Date |
| Steward Signature (if applicable) | Date |

OAKWOOD000946
CONFIDENTIAL

# Oakwood

## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

| Employee ID | ~~[redacted]~~ | | |
|---|---|---|---|
| Last Name | ~~[redacted]~~ | First Name | ~~[redacted]~~ | Initial | |

| Job Title | EVS I |
|---|---|

| Department | Environmental Services |
|---|---|

| Location | DBNC I | Check One | ☑ Full-Time ☐ Part-Time ☐ Temporary (contingent) | Bargaining Position ☑ Yes ☐ No |
|---|---|---|---|---|
| Hire Date | 2-9-2004 | | | |

### INCIDENT INFORMATION

| Date Reported | 8-23-14 | Incident Type | 118 | See back of this form for Incident Type Codes. |
|---|---|---|---|---|
| Supervisor Name | | | | |

### ACTION TAKEN

| Action Step | ☐ Counseling ☐ Written Warning #1 ☐ Written Warning #2 | ☒ 3 Day or 5 Day Suspension - (List Dates): 8-26  8-27  8-28 ☐ Termination - (Note Termination Date): (Termination must have approval of ER/LR Leader.) |
|---|---|---|

| Action Date | 8-26-14 | Action Discussed With (Supervisor) | |
|---|---|---|---|

**Description of Incident** Behavior that creates hostile environment **Date of Incident** 8-22-14

Patient complaint that individual displayed unacceptable behavior towards co-worker and continued to complain about her job while cleaning patient room.

| Supervisor/Manager Signature | Patty CMalloy | Date | 8-28-14 |
|---|---|---|---|
| Director Signature | | Date | |
| ER/LR Director Signature | Dell'Ellen | Date | 8-28-14 |

### EMPLOYEE COMMENTS

Employee called at home  CA given to Union Steward  Individual to report on next scheduled day.

| Signature of Employee | | Date | |
|---|---|---|---|
| Employee signature does not indicate agreement, merely receipt of this report. | | | |

| Witness Signature | | Date | |
|---|---|---|---|
| Steward Signature (if applicable) | Brian Crawley | Date | 8-28-14 |

OAKWOOD000947
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID

| Last Name | First Name | Initial |
|---|---|---|

Job Title  ES2

Department  EVS

Location  DBNOI

Hire Date  2-10-00

Check One: [✓] Full-Time  [ ] Part-Time  [ ] Temporary (contingent)

Bargaining Position  [✓] Yes  [ ] No

### INCIDENT INFORMATION

Date Reported  4-15-14

Incident Type  118/117   See back of this form for Incident Type Codes.

Supervisor Name

### ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2
[✓] 3 Day or 5 Day Suspension - (List Dates): 4/20/14  4/21/14  4/22/14 _____
[ ] Termination - (Note Termination Date): _____
(Termination must have approval of ER/LR Leader.)

Action Date

Action Discussed With (Supervisor)

Description of Incident  117 failure to full fill responsibilities & 118 unacceptable behavior

Date of Incident  4-15-14

was directed to fully disinfect OR room 7 floor. wiped the blood spots only and started to walk away. told her the whole floor needs to be disinfected. told Sanford "you talk too much and need to shut up". stormed off angrily not complying with the directive nor allowing to address her unacceptable behavior.

| Supervisor/Manager Signature | Patty Malory | Date | 4/18/14 |
|---|---|---|---|
| Director Signature | | Date | |
| ER/LR Director Signature | | Date | 4/17/14 |

### EMPLOYEE COMMENTS

Signature of Employee  Refuse to sign    Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | | Date | |
|---|---|---|---|
| Steward Signature (if applicable) | Sherry Parker | Date | 4-18-14  @0525 |



# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID ▓▓▓▓▓▓

| Last Name ▓▓▓▓ | First Name ▓▓▓▓ | Initial |
|---|---|---|

Job Title ES-2

Department Environmental Services

Location DBN01

Hire Date 4/19/10

Check One: [✓] Full-Time  [ ] Part-Time  [ ] Temporary (contingent)

Bargaining Position [✓] Yes  [ ] No

### INCIDENT INFORMATION

Date Reported 5/21/14

Incident Type 102   See back of this form for Incident Type Codes.

Supervisor Name Patty Maloy

### ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2
[ ] 3 Day or 5 Day Suspension - (List Dates): _____
[✓] Termination - (Note Termination Date): _____
(Termination must have approval of ER/LR Leader.)

Action Date _____

Action Discussed With (Supervisor) _____

Description of Incident  Profane and abusive language

Date of Incident 5/21/14

At 2:55pm on 5/21/14, ▓▓▓ was sitting at the EVS break room loudly complaining about the Adray walls. He was cursing loudly, saying "They needs to change the fucking walls. He used the word "fuck" several times. Other employees were trying to get him to quiet down. The behavior was witnessed by several EVS employees and supervisor Donna White. Jake has an active suspension for using profane language in the workplace. This is unacceptable behavior and is a major work rule violation. Failure to correct this behavior has resulted in a termination of employment.

Supervisor/Manager Signature  *Patty Maloy*   Date 5-27-14

Director Signature  _____   Date

ER/LR Director Signature  *Daniel Symin*   Date 5/27/2014

### EMPLOYEE COMMENTS

Signature of Employee _____   Date _____

Employee signature does not indicate agreement, merely receipt of this report.

Witness Signature _____   Date _____

Steward Signature (if applicable)  *Brian Crawford*   Date 5-27-14

Revision Date: 03/16/2004

OAKWOOD000949
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID 031379

| Last Name | Meyers-Swan | First Name | Roxine | Initial | |

Job Title ES1

Department EVS

| Location DBN-01 | Check One | ☑ Full-Time | Bargaining Position | |
| Hire Date 5/19/2008 | | ☐ Part-Time | ☑ Yes  ☐ No | |
| | | ☐ Temporary (contingent) | | |

### INCIDENT INFORMATION

| Date Reported 1/6/2015 | Incident Type | 118 | See back of this form for Incident Type Codes. |

Supervisor Name

### ACTION TAKEN

| Action Step | ☐ Counseling | ☐ 3 Day or 5 Day Suspension - (List Dates): |
| | ☐ Written Warning #1 | _____ _____ _____ _____ |
| | ☐ Written Warning #2 | ☑ Termination - (Note Termination Date): |
| | | (Termination must have approval of ER/LR Leader.) |

| Action Date 1/11/2016 | Action Discussed With (Supervisor) | |

Description of Incident: Roxine slapped another employee in front of other EVS employees.  Date of Incident 1/4/2016

Behavior that creates a hostile work environment such as threatened or actual physical violence.

Termination date: 1/12/2016

| Supervisor/Manager Signature | | Date 1/12/16 |
| Director Signature | | Date 1-11-16 |
| ER/LR Director Signature | Kelley Fielden | Date 1/12/2016 |

### EMPLOYEE COMMENTS

| Signature of Employee  Employee refused to sign | Date 1/12/2016  K.Fielden |

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature  Brian Crowfal | Date 1-12-16 |
| Steward Signature (if applicable) | Date |

lvm @ 2:20 pm
for 2:30 pm
Roxine
Meyers-Swan
(313) 308-5147

K.Fielden 1-11-16
B.C. 1-11-16
TM 1-11-16

OAKWOOD000950
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

**EMPLOYEE INFORMATION**

Employee ID ████████

| Last Name ████████ | First Name ████████ | Initial |
|---|---|---|

Job Title  ES1

Department  Environmental Services

Location  DBN01

Hire Date 7/6/10

Check One:
- [ ] Full-Time
- [ ] Part-Time
- [✓] Temporary (contingent)

Bargaining Position
- [ ] Yes
- [ ] No

**INCIDENT INFORMATION**

| Date Reported  5/29/15 | Incident Type  102 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name

**ACTION TAKEN**

Action Step
- [ ] Counseling
- [ ] Written Warning #1
- [ ] Written Warning #2
- [X] 3 Day or 5 Day Suspension - (List Dates): 6/11  6/14  6/15
- [ ] Termination - (Note Termination Date): _____
  (Termination must have approval of ER/LR Leader.)

| Action Date | Action Discussed With (Supervisor) |
|---|---|

Description of Incident  Profane or abusive language.

Date of Incident  5/29/15

████████ conducted herself in an inappropriate manner including using profane or abusive language while talking to a manager. Please see attached document.

| Supervisor/Manager Signature | Date 6/10/15 |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature  _Kelley Tilden_ | Date 6/4/2015  Entered 6/15/2015 |

**EMPLOYEE COMMENTS**

Signature of Employee  _REFUSE TO SIGN_    Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable)  _Brian Crawford_ | Date 6-10-15 |

HUMAN RESOURCES

JUN 15 2015

RECEIVED

OAKWOOD000951
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

HUMAN RESOURCES
MAY 22 2015
RECEIVED

## EMPLOYEE INFORMATION

Employee ID

| Last Name | First Name | Initial |
|---|---|---|

Job Title  ES-1

Department  EVS

Location  DBN01

Hire Date  5/12/15

Check One:
- [x] Full-Time
- [ ] Part-Time
- [ ] Temporary (contingent)

Bargaining Position:
- [x] Yes
- [ ] No

## INCIDENT INFORMATION

Date Reported  5/12/15

Incident Type  118   See back of this form for Incident Type Codes.

Supervisor Name

## ACTION TAKEN

Action Step:
- [ ] Counseling
- [ ] Written Warning #1
- [ ] Written Warning #2
- [x] 3 Day or 5 Day Suspension - (List Dates): 5/13/15  5/15/15  5/16/15
- [ ] Termination - (Note Termination Date): ____ (Termination must have approval of ER/LR Leader.)

Action Date  5/12/15

Action Discussed With (Supervisor)  Suspended pending investagation

Description of Incident  Behavior which created a hostile work environment

Date of Incident  5/12/15

The family member of the patient in ICU 1 had concerns regarding the proper cleaning of the room which ▓▓▓ had cleaned. The next time ▓▓▓ entered the room she became confrontational with the family member, regarding the cleaning of the room. ▓▓▓ behavior was creating a hostile environment, and ▓▓▓ the ▓▓▓ Excellence manager was in the room at the time, and had to ask Darleen to leave the room.

| Supervisor/Manager Signature | Date |
|---|---|
| Director Signature | Date |
| ER/LR Director Signature | Date 5/20/15 |

## EMPLOYEE COMMENTS

Signature of Employee  Refuse to Sign   Date 5/20/15

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable)  Brian Crawford | Date 5-20-15 |

Revision Date: 03/16/2004

OAKWOOD000953
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID 046075

| Last Name | First Name | Initial |
|---|---|---|

Job Title **ES 1**

Department **EVS**

Location **Beaumont Dearborn**

Hire Date **9/11/2006**

Check One: [✓] Full-Time  [ ] Part-Time  [ ] Temporary (contingent)

Bargaining Position [✓] Yes  [ ] No

### INCIDENT INFORMATION

Date Reported **8/27/2015**

Incident Type **118**   See back of this form for Incident Type Codes.

Supervisor Name **Donna White**

### ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2
[✓] 3 Day or 5 Day Suspension - (List Dates):
8/28/15  8/31/15  9/1/15
[ ] Termination - (Note Termination Date):
(Termination must have approval of ER/LR Leader.)

Action Date _____  Action Discussed With (Supervisor) _____

Description of Incident **Creating a hostile work environment**

Date of Incident **8/26/2015**

See Statements.
Behavior which creats a hostile work environment.

| | |
|---|---|
| Supervisor/Manager Signature _Donna White_ | Date 8-27-15 |
| Director Signature  AKR | Date |
| ER/LR Director Signature  _Kristen Fielder_ 8/27 | Date 8-27-15 |

### EMPLOYEE COMMENTS

Employee  K Fielder 8/27/2015

Signature of Employee  _refused to sign_   Date _____
Employee signature does not indicate agreement, merely receipt of this report.

| | |
|---|---|
| Witness Signature | Date |
| Steward Signature (if applicable) | Date 8/27/2015 |

OAKWOOD000954
CONFIDENTIAL

# Oakwood

## CORRECTIVE ACTION FORM

HUMAN RESOURCES

SEP 28 2015

RECEIVED

### EMPLOYEE INFORMATION

Employee ID

| Last Name | Wright | First Name | Tamara | Initial |
|---|---|---|---|---|

Job Title  ES1

Department  EVS

Location  DBN-01

Check One: [✓] Full-Time   [ ] Part-Time   [ ] Temporary (contingent)

Bargaining Position: [✓] Yes   [ ] No

Hire Date  09/11/2006

### INCIDENT INFORMATION

| Date Reported | 09/17/2015 | Incident Type | 118 | See back of this form for Incident Type Codes. |
|---|---|---|---|---|

Supervisor Name  Anthony Yeo - Assistant Director EVS

### ACTION TAKEN

Action Step:
[ ] Counseling
[ ] Written Warning #1
[ ] Written Warning #2
[ ] 3 Day or 5 Day Suspension - (List Dates): _____
[✓] Termination - (Note Termination Date): 09/28/2015
(Termination must have approval of ER/LR Leader.)

| Action Date | 09/28/2015 | Action Discussed With (Supervisor) | Anthony Yeo- Assistant Director EVS |
|---|---|---|---|

| Description of Incident | Behavior which creates a hostile work environment | Date of Incident | 09/17/2015 |
|---|---|---|---|

Behavior which creates a hostile work environment, threatening and harassing behavior towards another employee. Violation of OHI- Policy #105.

| Supervisor/Manager Signature | _(signature)_ | Date | 9/28/15 |
|---|---|---|---|
| Director Signature | _(signature)_ | Date | 9/28/15. |
| ER/LR Director Signature | Daniel R. Squire | Date | 9/28/2015 |

### EMPLOYEE COMMENTS

refused to sign — K. Filden 9/28/2015

| Signature of Employee | _____ | Date | _____ |
|---|---|---|---|

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | _____ | Date | _____ |
|---|---|---|---|
| Steward Signature (if applicable) | _(signature)_ | Date | 9/28/2015 |

OAKWOOD000957
CONFIDENTIAL

# Oakwood

## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID: ~~012750~~

| Last Name: ~~WimpLey~~ | First Name: ~~Tim~~ | Initial |
|---|---|---|

Job Title: Electrician

Department: Facility Services

| Location: Beaumont Dearborn | Check One | ☑ Full-Time |
|---|---|---|
| Hire Date: 6/7/10 | | ☐ Part-Time |
| | | ☐ Temporary (contingent) |

Bargaining Position: ☑ Yes   ☐ No

### INCIDENT INFORMATION

| Date Reported: Dec. 1st 2015 | Incident Type: 102 | See back of this form for Incident Type Codes. |
|---|---|---|

Supervisor Name: Derek Reszczyk

### ACTION TAKEN

| Action Step | ☐ Counseling | ☑ 3 Day or 5 Day Suspension - (List Dates): |
|---|---|---|
| | ☐ Written Warning #1 | _12-18_   _12-19_   _12.22_ |
| | ☐ Written Warning #2 | ☐ Termination - (Note Termination Date): _____ |
| | | (Termination must have approval of ER/LR Leader.) |

| Action Date: 12-15-15 | Action Discussed With (Supervisor): _Derek Reszczyk_ | |
|---|---|---|

| Description of Incident: Profane or abusive language towards Management | Date of Incident: 12/1/15 |
|---|---|

Calling Management a profane name during Huddle not once but twice in front of other staff and Management

| Supervisor/Manager Signature: _Al Cesaro_ | Date: 12-15-15 |
|---|---|
| Director Signature: _Derek Reszczyk_ | Date: 12/2/15 |
| ER/LR Director Signature: _Dave Novak_ | Date: 12-2-15   12-15-15 |

### EMPLOYEE COMMENTS

| Signature of Employee: ~~Tim WimpLey~~ | Date: _____ |
|---|---|

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature: | Date: |
|---|---|
| Steward Signature (if applicable): _Dave Prichard_ | Date: 12/15/15 |

OAKWOOD000958
CONFIDENTIAL

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID

| Last Name | First Name | ALBERT | Initial |
|---|---|---|---|

Job Title   Painter

Department   Facility Services

Location   OH-D

Check One:
- [✓] Full-Time
- [ ] Part-Time
- [ ] Temporary (contingent)

Hire Date   7/05/1976

Bargaining Position   [✓] Yes   [ ] No

### INCIDENT INFORMATION

| Date Reported | 5/26/15 | Incident Type | 102 | See back of this form for Incident Type Codes. |
|---|---|---|---|---|

Supervisor Name

### ACTION TAKEN

Action Step:
- [ ] Counseling
- [ ] Written Warning #1
- [ ] Written Warning #2
- [✓] 3 Day or 5 Day Suspension - (List Dates):   6|10   6|11   6|12
- [ ] Termination - (Note Termination Date):
  (Termination must have approval of ER/LR Leader.)

Action Date

Action Discussed With (Supervisor)

Description of Incident

Date of Incident

[ALBERT] was rude, loud and inappropriate when he was in the EVS office on 5/26/15. He used abusive and extremely profane language in the EVS office in the presence of Staff employees and Management

| Supervisor/Manager Signature | Date | 6-9-15 |
|---|---|---|
| Director Signature | Date | 6-9-15 |
| ER/LR Director Signature | Date | 6/09/2015 |

### EMPLOYEE COMMENTS

| Signature of Employee | Date |
|---|---|

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date | 6·9-15 |

OAKWOOD000959
CONFIDENTIAL

# Oakwood

HUMAN RESOURCES

JUN 23 2015

## CORRECTIVE ACTION FORM RECEIVED

### EMPLOYEE INFORMATION

Employee ID

| Last Name | First Name | Initial |
|---|---|---|

Job Title: Dietary Assistant II

Department: Food & Nutrition Services

Location: DBN01

Hire Date: 09/10/2007

Check One:
- [ ] Full-Time
- [x] Part-Time
- [ ] Temporary (contingent)

Bargaining Position: [x] Yes  [ ] No

### INCIDENT INFORMATION

Date Reported:

Incident Type: 118

See back of this form for Incident Type Codes.

Supervisor Name:

### ACTION TAKEN

| Action Step | |
|---|---|
| [ ] Counseling | [x] 3 Day or 5 Day Suspension - (List Dates): |
| [ ] Written Warning #1 | 6/18/15   6/20/15   6/21/15   6/22/15   6/25/15 |
| [ ] Written Warning #2 | [ ] Termination - (Note Termination Date): (Termination must have approval of ER/LR Leader.) |

Action Date:

Action Discussed With (Supervisor): Sherry Huffman, Shannon Lozon

Description of Incident: Inappropriate conduct

Date of Incident:

Employee inappropriately touched two female co-workers. This conduct is unacceptable, creates a hostile working environment and constitutes sexual harassment. Mandatory EAP sessions and compliance with treatment recommendations is required.

Supervisor/Manager Signature: _____ Date: _____

Director Signature: *(signature)* Date: _____

ER/LR Director Signature: *(signature)* Date: 6-18-15

### EMPLOYEE COMMENTS

Signature of Employee: *(signature)* Date: 6-18-15

Employee signature does not indicate agreement, merely receipt of this report.

Witness Signature: _____ Date: _____

Steward Signature (if applicable): Keisha Jones  Date: 6-18-15

OAKWOOD000960
CONFIDENTIAL

# Oakwood
# CORRECTIVE ACTION FORM

## EMPLOYEE INFORMATION

Employee ID  065052

| Last Name | ▓▓Williams▓▓ | First Name | ▓▓Gabriella▓▓ | Initial |
|---|---|---|---|---|

Job Title  Phlebotomist ▓▓▓▓

Department  Phlebotomy

Location  Dbn-01

Hire Date  12/17/2012

Check One:
- [✓] Full-Time
- [ ] Part-Time
- [ ] Temporary (contingent)

Bargaining Position:
- [✓] Yes
- [ ] No

## INCIDENT INFORMATION

Date Reported  1/18/17

Incident Type  106   See back of this form for Incident Type Codes.

Supervisor Name  Janice Davis

## ACTION TAKEN

Action Step:
- [ ] Counseling
- [ ] Written Warning #1
- [ ] Written Warning #2
- [ ] 3 Day or 5 Day Suspension - (List Dates): _____ _____ _____
- [✓] Termination - (Note Termination Date): 2/6/17
  (Termination must have approval of ER/LR Leader.)

Action Date  SPI 1/31/17

Action Discussed With (Supervisor)  Janice Davis/Keith Reynolds

Description of Incident / Date of Incident

Because a co-worker (D.J.) disagreed with her on a workplace issue, employee intentionally sought out a co-worker's wife on social media for the purpose of harassing the wife and co-worker D.J. by revealing personal information about the D.J.'s behavior and personal relationships with co-workers.

| Supervisor/Manager Signature | | Date |
|---|---|---|
| Director Signature | *(signature)* | Date  2-6-2017 |
| ER/LR Director Signature | David Squire | Date  2/06/2017 |

## EMPLOYEE COMMENTS

Signature of Employee  ___ employee refused to sign ___  Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | | Date |
|---|---|---|
| Steward Signature (if applicable) | *(signature)* | Date  2/6/17 |

OAKWOOD000961
CONFIDENTIAL

# Oakwood
# CORRECTIVE ACTION FORM

## EMPLOYEE INFORMATION

Employee ID ▓▓▓▓▓

| Last Name | HACKETT | First Name | LADAWN | Initial | |

Job Title  Environmental Specialist II

Department  Environmental Services

| Location | 01 | Check One | ☑ Full-Time | Bargaining Position | |
|---|---|---|---|---|---|
| Hire Date 10/23/2000 | | | ☐ Part-Time | ☑ Yes ☐ No | |
| | | | ☐ Temporary (contingent) | | |

## INCIDENT INFORMATION

| Date Reported | 7/16/17 | Incident Type | 121 | See back of this form for Incident Type Codes. |

Supervisor Name

## ACTION TAKEN

| Action Step | ☐ Counseling | ☑ 3 Day or 5 Day Suspension - (List Dates): 7/19   7/20   7/21 |
|---|---|---|
| | ☐ Written Warning #1 | |
| | ☐ Written Warning #2 | ☐ Termination - (Note Termination Date): (Termination must have approval of ER/LR Leader.) |

| Action Date | 7/19/17 | Action Discussed With (Supervisor) | |

| Description of Incident | | Date of Incident | |

See attached description

| Supervisor/Manager Signature | | Date | 7-19-17 |
| Director Signature | | Date | |
| ER/LR Director Signature | David Squire | Date | 7/19/17 |

## EMPLOYEE COMMENTS

Signature of Employee _____   Date _____

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | | Date | |
| Steward Signature (if applicable) | Brian Crawford | Date | 7-19-17 |

7/19/2017

RE: ██████ █████ Disciplinary Suspension

On 7/16/17 La████ ██████ was involved in an incident with an employee on 6 South. It started when █████ ██mped the employee's leg with the floor machine.

During the incident and subsequent conversation between the employee and ██████ Manager ██████ exhibited physically and verbally threatening and aggressive behaviors towards the employee.

██████ body language, gesturing and language was intimidating towards the employee.

At one point L█████ made the statement to the employee. "You are lucky you are safe here at work".

The conversation was so loud and disruptive that staff had to close doors to patient rooms.

The employee feels threatened and is afraid to come to work.

OAKWOOD000963
CONFIDENTIAL

HUMAN RESOURCES
APR 11 2016
RECEIVED

# Oakwood
## CORRECTIVE ACTION FORM

### EMPLOYEE INFORMATION

Employee ID

| Last Name | First Name | Initial |
|---|---|---|
| Toporzwski | Jamie | |

Job Title: EVS 1

Department: EVS

Location: DBN-01

Check One:
☐ Full-Time
☑ Part-Time
☐ Temporary (contingent)

Bargaining Position: ☑ Yes   ☐ No

Hire Date: 04/18/2011

### INCIDENT INFORMATION

| Date Reported | Incident Type | |
|---|---|---|
| 03/27/2016 | 106 | See back of this form for Incident Type Codes. |

Supervisor Name: Kimberly Fortino, Director EVS   Rosie Fortune – Supervisor Afternoon shift

### ACTION TAKEN

Action Step:
☐ Counseling
☐ Written Warning #1
☐ Written Warning #2
☐ 3 Day or 5 Day Suspension - (List Dates):
☑ Termination - (Note Termination Date): 4/11/2016
(Termination must have approval of ER/LR Leader.)

| Action Date | Action Discussed With (Supervisor) |
|---|---|
| 4/11/2016 | Kimberlyn Fortino – Director EVS |

| Description of Incident | Date of Incident |
|---|---|
| Sent to Midwest for fitness for duty | 03/27/2016 |

Employee suspended pending investigation on 3/27/16.

4/11/2016  Positive fitness for duty results confirmed from the medical review doctor at Midwest. Employee terminated for positive drug screen results for being under the influence\impaired by controlled substances.

| | Date |
|---|---|
| Supervisor/Manager Signature | |
| Director Signature | 4/11/16 |
| ER/LR Director Signature   David R. Squire | 4/11/2016 |

### EMPLOYEE COMMENTS

Signature of Employee: issued over the phone   Date 4/11/2016

Employee signature does not indicate agreement, merely receipt of this report.

| | Date |
|---|---|
| Witness Signature | |
| Steward Signature (if applicable)   Brian Crawford | 4-11-16 |

OAKWOOD000964
CONFIDENTIAL

**Oakwood**

# CORRECTIVE ACTION FORM

## EMPLOYEE INFORMATION

Employee ID 013412

| Last Name Truitt | First Name Albert | Initial |
| --- | --- | --- |

Job Title Painter

Department Facility Services

| Location Dbn 01 | Check One | Bargaining Position |
| --- | --- | --- |
| Hire Date 07/05/1976 | ☑ Full-Time / ☐ Part-Time / ☐ Temporary (contingent) | ☑ Yes ☐ No |

## INCIDENT INFORMATION

| Date Reported 10/7/16 | Incident Type 121, 003 | See back of this form for Incident Type Codes. |
| --- | --- | --- |

Supervisor Name Derek Reszczyk

## ACTION TAKEN

| Action Step | ☐ Counseling ☐ Written Warning #1 ☐ Written Warning #2 | ☐ 3 Day or 5 Day Suspension - (List Dates): ____ ____ ____ ____ ____ ☑ Termination - (Note Termination Date): _____ (Termination must have approval of ER/LR Leader.) |
| --- | --- | --- |

| Action Date 10/14/16 | Action Discussed With (Supervisor) | |
| --- | --- | --- |
| Description of Incident | | Date of Incident 10/7/16 |

See attached.

| Supervisor/Manager Signature | Date |
| --- | --- |
| Director Signature | Date |
| ER/LR Director Signature David R Squire | Date 10 / 14 / 16 |

## EMPLOYEE COMMENTS

| Signature of Employee _____ | Date _____ |
| --- | --- |
| Employee signature does not indicate agreement, merely receipt of this report. | |

| Witness Signature | Date |
| --- | --- |
| Steward Signature (if applicable) | Date 10/14/16 |

OAKWOOD000965
CONFIDENTIAL