## INDEX OF EXHIBITS
## TO PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION
## TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

A. Katie Bailey tweets January 24, 2015

B. Katie Bailey post to Darrin Johnson

C. Katie Bailey post to Alicia Ososkie

D. Katie Bailey post to Alicia Ososkie.

E. Affidavit of Diedra Garrett

F. Color photograph of front and back of Black Sambo doll

G. Gabrielle Willliams' January 17, 2017 Post to Beaumont Facebook page

H. Black and white photograph of front of Black Sambo doll

I. Darrin Johnson January 17, 2017 Facebook post to Plaintiff's family

J. Plaintiff's January 17, 2017 private message to Eboni Johnson

K. Plaintiff's January 28, 2018 Answers To Interrogatories

L. January, 2017 Correction Action Form suspension of Plaintiff

M. February 6, 2017 Discharge of Plaintiff documents

N. Employee Work Rules March 1, 2016

O. Corrective Action – Incident Types March 1, 2016

P. Social Networking and Web Based Communications Policy May 21, 2015

Q. EEOC Charges of Discrimination and Attachments

R. October 27, 2016 chain of emails Plaintiff, Keith Reynolds, Janice Davis

# INDEX OF EXHIBITS
# TO PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION
# TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

(continued)

AA-2:  Excerpts of April 23, 2018 deposition transcript of Plaintiff

BB    Excerpts of March 23, 2018 deposition transcript of Kathryn Bailey

CC    Excerpts of March 23, 2018 deposition transcript of Alicia Ososkie

DD    Excerpts of April 23, 2018 deposition transcript of Darren Johnson

EE    Excerpts of April 16, 2018 deposition transcript of Janice Davis

FF    Excerpts of March 23, 2018 deposition transcript of Keith Reynolds