# EXHIBIT C





**Katie Bailey** @ktb1127 · 28m
Have fun fucking ur nigger bitch. Fuck you. Hope u catch something or get pregnant, see how much how much he loves u then. Fuck you Darrin.



**SunnybutShadyapparel** @Sun… · 29m
SHOP NOW
etsy.com/shop/sbsclothi…



   
Timelines   Notifications   Messages   Me

EXH C 3-23-2018