# EXHIBIT H



Case 2:17-cv-11381-SJM-EAS   ECF No. 25-9   filed 06/28/18   PageID.709   Page 2 of 2