UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GABRIELLE WILLIAMS,

    Plaintiff,

v.

OAKWOOD HEALTHCARE, INC.
d/b/a BEAUMONT HOSPITAL–
DEARBORN

    Defendant.
_____/

Case No. 2:17-cv-11381

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated September 4, 2018, judgment is granted in favor of Defendant and against Plaintiff.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/ D. Parker
    Deputy Clerk

Dated: September 4, 2018

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2018, by electronic and/or ordinary mail.

    s/ David Parker
    Case Manager